Opinion filed September 5, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00173-CR

_____

## GLENDA MAE ZAVALA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 39th District Court**
**Haskell County, Texas**
**Trial Court Cause No. 6667**

## M E M O R A N D U M   O P I N I O N

Glenda Mae Zavala, Appellant, has filed in this court a motion to dismiss her appeal. In the motion, Appellant states that she "no longer wishes to prosecute an appeal in this cause." Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both Appellant and her counsel.

The motion is granted, and the appeal is dismissed.


September 5, 2013                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.